Decided April 13, 2011

DEREK FULTON *v.* COMMISSIONER OF CORRECTION

The petitioner Derek Fulton's petition for certification for appeal from the Appellate Court, 126 Conn. App. 706 (AC 31685), is denied.

*Daniel J. Foster*, special public defender, in support of the petition.

*Sarah Hanna*, assistant state's attorney, in opposition.

Decided April 13, 2011